UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 8:13-cr-13-T-23MAP

MICHAEL JOSEPH HARPER
_____/

**ORDER**

Michael Harper moves (Doc. 85) under Rule 41(g), Federal Rules of Criminal Procedure, for return of "[$]20,000.00 [seized] at the home of Harper" on January 16, 2013, the day of Harper's arrest for the offenses charged in the indictment. The United States opposes the motion. (Doc. 87). On October 24, 2014, in response to the magistrate judge's September 15, 2014 order (Doc. 89), the United States supplemented the response to Harper's motion. (Doc. 92).

Finding that a hearing was unnecessary, on November 5, 2014, the magistrate judge issued a report and recommendation (Doc. 95). Harper objects (Doc. 100) to the report and recommendation.

Notwithstanding Harper's claim to the contrary, the United States has established that the $19,381 is 21 U.S.C. § 881 currency and that Harper is not legally entitled to return of the money. Harper's objection (Doc. 92) to the report and

recommendation is **OVERRULED**, the report and recommendation is **ADOPTED**, and Harper's motion (Doc. 85) for return of the funds is **DENIED**.

ORDERED in Tampa, Florida, on December 9, 2014.

                                                STEVEN D. MERRYDAY
                                           UNITED STATES DISTRICT JUDGE